**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 04-1920

MARK A. WARD,

Plaintiff - Appellant,

versus

PETER E. MALONEY, Plan Administrator,

Defendant - Appellee.

Appeal from the United States District Court for the Middle District of North Carolina, at Durham. William L. Osteen, District Judge. (CA-02-467-1)

Submitted: November 4, 2004          Decided: November 9, 2004

Before WILKINSON, MOTZ, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Mark A. Ward, Appellant Pro Se. Lucretia D. Guia, John Edward Pueschel, WOMBLE, CARLYLE, SANDRIDGE & RICE, PLLC, Winston-Salem, North Carolina; William McCardell Furr, John T. McDonald, WILLCOX & SAVAGE, Norfolk, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Mark A. Ward appeals the district court's order awarding summary judgment to Peter A. Malony and dismissing his claim for wrongful denial of disability benefits. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Ward v. Maloney, No. CA-02-467-1 (M.D.N.C. filed June 14, 2004 & entered June 15, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED